

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA       :

    - v. -                        :
                                 INDICTMENT
FRANCIS ALBERTO HILARIO,       :
    a/k/a "Hilario Francis,"           07 Cr. ____
    a/k/a "Francis Colon,"         :
    a/k/a "Jose M. Colon,"

          Defendant.          **07 CRIM 1034**

- - - - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

On or about September 12, 2007, in the Southern District of New York and elsewhere, FRANCIS ALBERTO HILARIO, a/k/a "Hilario Francis," a/k/a "Francis Colon," a/k/a "Jose M. Colon," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for the criminal sale of a controlled substance in the second degree, a violation of New York State Penal Law section 220.41, in New York Supreme Court, New York County, on or about January 21, 2000, without having

obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____         _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FRANCIS ALBERTO HILARIO,
a/k/a "Hilario Francis,"
a/k/a "Francis Colon,"
a/k/a "Jose M. Colon,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.