AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

### APPEARANCE

Case Number: 1:07-CR-01034-JFK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FRANCIS ALBERTO HILARIO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/30/2007 | *(signature)* |
| Date | Signature |
| | OLIVER S. STORCH, ESQ.   OS9370 |
| | Print Name   Bar Number |
| | 305 BROADWAY, SUITE 1001 |
| | Address |
| | NEW YORK    N.Y.    10007 |
| | City    State    Zip Code |
| | (212) 587-2383    (212) 732-7080 |
| | Phone Number    Fax Number |