

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08

# OLIVER S. STORCH
ATTORNEY AT LAW
SUITE 1001
305 BROADWAY
NEW YORK, NEW YORK 10007

MEMBER OF N.Y. & CT. BARS

TELEPHONE: (212) 587-2983
FACSIMILE: (212) 732-7080

February 19, 2008

**BY FACSIMILE**
The Honorable J. John F. Keenan
United States District Court Judge
United States Courthouse
Southern District of New York
500 Pearl St., Room 1930
New York, New York 10007

RECEIVED
FEB 19 2008
JUDGE KEENAN'S CHAMBERS

Re: **United States v. Francis Alberto Hilario**
Case No. 07-CR-1034 (JFK)

Your Honor:

Greetings. Mr. Hilario is scheduled for a status conference before Your Honor on February 20, 2008 at 10:00 am.

The Defense has received discovery from the Government.

The Defense and the Government are engaged in ongoing plea discussions which may result in the disposition of this matter without a trial.

For the foregoing reasons, the Defense respectfully requests that the status conference be continued until March 20, 2008 at 9:45 am., a time and date convenient to the Court as per your Courtroom Deputy, Mr. Bill Ryan.

A.U.S.A Kenneth Polite joins in this continuance request.

The Defense and the Government therefore respectfully request an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161 (h) (8) (A) from **February 20, 2008,** until **March 20, 2008 at 9:45 am.,** on the grounds that the ends of justice served by the exclusion outweigh the interest of the defendant and the public in a speedy trial.

Respectfully Submitted,

Oliver S. Storch, Esq

**SO ORDERED:**
John F. Keenan
United States District Court Judge

OS/ns
cc: A.U.S.A. Kenneth A. Polite